## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **TARENCE BROWN**<br>1202 S. Washington Street<br>Alexandria, VA 22314<br>          Plaintiff,<br><br>          v.<br><br>**ARAMARK**<br>1101 Market Street<br>Philadelphia, PA 19107<br>          Defendant. | Civil Action No. 1:14-CV-2025 |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Aramark Sports Facilities, LLC (incorrectly named in the Complaint as just "Aramark") ("Defendant") gives notice of removal of the above-captioned action to the United States District Court for the District of Columbia from the Superior Court of the District of Columbia, Civil Division.  In support of its Notice of Removal, Defendant represents as follows:

1.      On or about November 4, 2014, Plaintiff Tarence Brown ("Plaintiff") commenced an action against Defendant, entitled "<u>Tarence Brown v. Aramark</u>," Case No. 14-0007013, in the Superior Court of the District of Columbia, Civil Division.

2.      On or about November 4, 2014, Plaintiff mailed by U.S. Certified Mail, copies of the Summons and Complaint in said action on Defendant, which were received on or about November 10, 2014.  No other proceedings have been held in this action, and the Summons and Complaint constitute all processes and pleadings served upon Defendant in this action.  A copy of the Summons and Complaint are attached hereto as Exhibit A.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it was filed within thirty (30) days of the receipt of the Summons and Complaint by Defendant.

4. Plaintiff's Complaint purports to assert claims under the Equal Pay Act, 29 U.S.C. § 206 (see Complaint, ¶¶ 79-97).

5. Thus, Plaintiff's action arises under the "laws . . . of the United States" over which this District Court has original jurisdiction. 28 U.S.C. § 1331. Accordingly, this action is removable to this Court under 28 U.S.C. § 1441.

6. To extent that Plaintiff asserts claims under District of Columbia law, this Court has supplemental jurisdiction over Plaintiff's claims because such claims are so related to Plaintiff's federal claim that it is part of the same case or controversy under Article III of the U.S. Constitution. 28 U.S.C. § 1367.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to counsel for Plaintiff, and a copy of the Notice of Removal will be filed immediately with the Superior Court of the District of Columbia, Civil Division.

8. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's rights to assert any defense or affirmative matter.

**WHEREFORE,** Defendant respectfully requests that the above-captioned action be removed from the Superior Court of the District of Columbia, Civil Division to the United States District Court for the District of Columbia.

Dated: December 1, 2014                      Respectfully submitted,

                                                                /s/ Alana Genderson
Alana Genderson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington D.C. 20004
Telephone: 202.739.3000
Fax: 202.739.3001
Email:  agenderson@morganlewis.com

Attorney for Defendant
Aramark Sports Facilities, LLC

5

**CERTIFICATE OF SERVICE**

I, Alana Genderson, hereby certify that the foregoing Notice of Removal was served via regular mail, postage prepaid 1st day of December, 2014 upon the following:

Arinderjit Dhali
DHALI PLLC
1629 K Street, N.W.
Suite 300
Washington D.C.  20006

Attorneys for Plaintiff
Tarence Brown

/s/ Alana Genderson
Alana Genderson